JS-6

ROBERT J. STOLL, JR., ESQ., SBN 47173
JULIA A. FARRUGIA, ESQ., SBN 287998
STOLL, NUSSBAUM & POLAKOV
11601 Wilshire Boulevard, Suite 200
Los Angeles, CA 90025
Telephone:   (310) 996-7500
Facsimile:    (310) 575-4353

Attorneys for Plaintiffs
LEO REED, JR. and GEORGE NADIAN

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
SUZANNE Y. BADAWI, Cal. Bar No. 194692
sbadawi@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants
GOLDEN EAGLE INSURANCE
CORPORATION (erroneously sued as
Golden Eagle Insurance Company) and
PEERLESS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEO REED, JR. and GEORGE NADIAN,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE COMPANY, PEERLESS INSURANCE COMPANY and DOES 1-20,<br><br>Defendants. | Case No. 2:15-cv-03235-CAS-GJS<br><br>Assigned to Hon. Christina A. Snyder Ctrm. 23<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Complaint filed January 26, 2015] |

1   Pursuant to the Joint Stipulation Re Dismissal of Entire Action With Prejudice filed
2   by the parties, IT IS HEREBY ORDERED that this entire Action is dismissed with
3   prejudice, each party to bear its own attorneys' fees and costs.
4
5   **IT IS SO ORDERED.**
6   Dated:  August  11, 2016

*Christina A. Snyder*

Honorable Christina A. Snyder
U.S. District Court Judge